## WHITAKER *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 45, September Term, 1963.]

*Decided December 6, 1963.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons given by the court below, this application for leave to appeal is denied.

## COFIELD *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 54, September Term, 1963.]

*Decided December 6, 1963.*

Before the full Court.

PER CURIAM.

For reasons stated in the opinion of Judge Oppenheimer below, the application for leave to appeal is hereby denied.

*Application denied.*